NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ITAMAR BARHAI,                         )
                                       )
         Appellant,                    )
                                       )
v.                                     )          Case No. 2D18-3860
                                       )
HSBC BANK USA NATIONAL                 )
ASSOCIATION,                           )
                                       )
         Appellee.                     )
_____)

Opinion filed November 20, 2019.

Appeal from the Circuit Court for
Lee County; Thomas S. Reese,
Judge.

Ofer M. Amir of The Amir Law Firm,
P.A., Fort Lauderdale, for Appellant.

Nancy M. Wallace of Akerman LLP,
Tallahassee; William P. Heller of
Akerman LLP, Fort Lauderdale; Eric M.
Levine of Akerman LLP, West Palm
Beach for Appellee.


PER CURIAM.


         Affirmed.


VILLANTI, SLEET, and ATKINSON, JJ., Concur.